# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Mary G. | United States District Court, South Carolina | 05/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, South Carolina 29306

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member | Quincunx, LLC |
| 3. | Trustee | Trust #2 |
| 4. | Member | L&B Holdings, LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Agreement with L&B Holding, LLC. See VIII on the 2012 Financial Disclosure Report for terms |
| 2. | 2013 | Participant in the Lewis, Babcock & Griffin, LLP 401(K) Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Lewis, Babcock & Griffin, LLP - Income derived from practice of law |
| 2. | 2016 | L&B Holdings, LLC - Income derived from practice of law |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill lynch (Wealth Management) | Line of Credit | N |
| 2. | American Express | Credit Card | J |
| 3. | Capital One | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4. Congaree Hunt Club, partnership interest | A | Distribution | M | W | | | | | |
| 5. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 7. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 8. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 11. Investment Rental Property, Columbia, SC | D | Rent | M | W | | | | | |
| 12. Trust #1 (H) | | | | | | | | | |
| 13. - Cocoa Cola Com | C | Dividend | M | T | | | | | |
| 14. - INTL Business Machines Corp IBM | C | Dividend | M | T | | | | | |
| 15. - VANGUARD GROWTH ETF | B | Dividend | L | T | Sold (part) | 08/10/16 | L | E | |
| 16. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | | None | | | Sold | 01/11/16 | K | | |
| 17. - FIRST EAGLE GLOBAL CLASS I | D | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | C | Dividend | L | T | Sold (part) | 08/10/16 | L | E | |
| 19. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | D | Dividend | M | T | Buy (add'l) | 12/01/16 | J | | |
| 20. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | D | Dividend | M | T | Sold (part) | 09/14/16 | J | B | |
| 21. - THORNBURG INVSMT INCOME BUILDER FUND CL I | D | Dividend | M | T | Buy (add'l) | 09/14/16 | J | | |
| 22. - UAM FPA CRESCENT PORT | B | Dividend | | | Sold | 08/10/16 | M | D | |
| 23. - ALPHARETTA GA DEV AUTH REV GA ST UNIV FNDTN RF MAY09 05.000%NOV01 16 | A | Interest | | | Redeemed | 11/01/16 | K | | |
| 24. - GRAND STRAND WSA SC WWKS-SS RV C RF TAXABLE NOV11 02.862%JUN01 18 | A | Interest | K | T | | | | | |
| 25. - STEPUP RNG ACRU ISS BAC MAX CPN 8.35% DUE 1/18/2023 CALL | A | Interest | | | Redeemed | 01/19/16 | J | | |
| 26. - ML BANK DEPOSIT PROGRAM | A | Interest | M | T | | | | | |
| 27. - ANGELOAK MULT STRT INC I | C | Dividend | L | T | | | | | |
| 28. - BLACKROCK STRATEGIC INCOME OPPRTNTS PTF INST | B | Dividend | L | T | | | | | |
| 29. - WELLS FARGO ADV ABSOLUTE RETURN FD | | None | | | Sold | 01/11/16 | K | | |
| 30. - GEB LEV STEPUP ISS BAC | | None | J | T | | | | | |
| 31. -BLACKSTONE ALT MULTISTRATEGY FUND CLASS 1 | A | Dividend | L | T | Buy (add'l) | 01/23/16 | K | | |
| 32. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | B | Dividend | L | T | | | | | |
| 33. -PIMCO FDS INCOME FD CL | C | Dividend | L | T | Buy (add'l) | 12/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AQR MANAGED FUTURES STRATEGY FUND CL I (X) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 35. POPLAR FOREST PARTNERS FUND CL I (X) | B | Dividend | L | T | Buy | 08/10/16 | L | | |
| 36. LOOMIS SAYLES STRATEGIC INCOME FUND CL Y (X) | D | Dividend | M | T | Buy (add'l) | 09/14/16 | J | | |
| 37. | | | | | Buy | 08/10/16 | M | | |
| 38. AQR STYLE PREMIA ALTERNATIVE FUND CL I (X) | A | Dividend | K | T | Buy | 01/12/16 | K | | |
| 39. VANGUARD VALUE ETF | B | Dividend | L | T | Buy | 08/10/16 | L | | |
| 40. Trust #2 (H) | | | | | | | | | |
| 41. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 42. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | | None | | | Sold | 01/08/16 | J | | |
| 43. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 44. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | | None | J | T | Buy (add'l) | 05/13/16 | J | | |
| 45. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | J | T | | | | | |
| 46. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | | None | | | Sold | 01/21/16 | J | | |
| 47. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | J | T | Sold (part) | 12/30/16 | J | | |
| 48. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | | | | | |
| 49. - MAINSTAY MARKETFIELD FUND CL I (Y) | | | | | | | | | |
| 50. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - DWS MANAGED MUNICIPAL BOND FUND CL S | A | Dividend | | | Sold | 12/23/16 | J | | |
| 52. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 53. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |
| 54. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 55. - VANGUARD GROWTH ETF | A | Dividend | J | T | Sold (part) | 05/12/16 | J | A | |
| 56. - WELLS FARGO ABSOLUTE RETURN FD | | None | | | Sold | 01/07/16 | J | | |
| 57. -DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 58. -UAM FPA CRESCENT PORT | | None | | | Sold | 05/13/16 | J | | |
| 59. -GOTHAM ABS RTN FD INSTL | | None | J | T | Sold (part) | 01/07/16 | J | | |
| 60. -POPLAR FORREST PARTNERS FUND CL I | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 61. -PIMCO INCOME FUND CL P | A | Dividend | J | T | Buy (add'l) | 05/16/16 | J | | |
| 62. - I SHARES MSCI EAFE SMALL CAP | | None | | | Sold | 5/12/16 | J | A | |
| 63. -VANGUARD VALUE ETF | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 64. -AQR MGD FUTURES STRAT I | | None | J | T | Sold (part) | 01/07/16 | J | | |
| 65. -BLCKSTONE ALT MULT STR I | A | Dividend | J | T | Sold (part) | 08/10/16 | J | | |
| 66. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 67. -FID ADV MUNI INOCME I | A | Dividend | | | Sold | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 69. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 70. -JP MORGAN GLOBAL ALLOCATION FD SELECT CL | A | Dividend | J | T | | | | | |
| 71. -HENDERSON EUROPEAN FOCUS FUND CLASS 1 | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 72. -KINDER MORGAN INC | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 73. -AMEX TECHNLGY SELCT SPDR | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 74. EV TABS 5 TO 15 YR LADDERED MUNI BOND FD I (X) | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 75. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I (X) | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 76. FIRST TRUST ETFIV FIRST FIRST TRUST TACTICAL HIGH YIELD ETF (X) | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 77. | | | | | Buy | 01/21/16 | J | | |
| 78. LOOMIS SAYLES SR FLOAT RAT & FIXD INC FD CL Y (X) | A | Dividend | J | T | Buy | 05/13/16 | J | | |
| 79. MAINSTAY HIGH YIELD MUNICIPAL BOND FUND CL I(X) | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 80. LOOMIS SAYLES STRATEGIC INC FD CL Y (X) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 81. VANECK VECTORS OIL (X) | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 82. T ROWE PRICE SUMMIT MUNI INTERMEDIATE FD CL NON (X) | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 83. AQR STYLE PREMIA ALTERNATIVE FUND CL (X) | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 84. Individual Retirement Account (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | | | | | |
| 86. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | J | T | | | | | |
| 87. - POPLAR FOREST PARTNERS FUND CL 1 | A | Dividend | J | T | | | | | |
| 88. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | J | T | Sold (part) | 08/10/16 | J | A | |
| 89. - MAINSTAY MARKETFIELD FUND CL I (Y) | | | | | | | | | |
| 90. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 91. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |
| 92. - VANGUARD VALUE ETF | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 93. - VANGUARD GROWTH ETF | A | Dividend | J | T | Sold (part) | 05/12/16 | J | A | |
| 94. - WELLS FARGO ABSOLUTE RETURN FD | | None | | | Sold | 01/07/16 | J | | |
| 95. -OAKMARK INTL SML CAP FD | | None | | | Sold | 05/12/16 | J | | |
| 96. -BLKRK CLB LNG SHRT | | None | | | Sold | 01/20/16 | J | | |
| 97. | | | | | Sold (part) | 01/07/16 | J | | |
| 98. -DOUBLELINE TOT RTRN BD | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 99. -GOTHAM ABSOLUTE RETURN FUND INSTL CLASS (Y) | | | | | | | | | |
| 100. -GOLDMAN SACHS STG INC FD C | A | Dividend | | | Sold | 01/21/16 | J | | |
| 101. -HENDERSON EUROPEAN FOCUS FUND CLASS 1 | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -MATTHEWS ASIA DIVIDEND FUND | A | Dividend | J | T | | | | | |
| 103. -PIMCO FDS INCOME | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 104. -AMEX TECHNOLOGY SELCT SPDR | A | Dividend | J | T | | | | | |
| 105. -AQR MGD FUTURES STRAT 1 (Y) | | | | | | | | | |
| 106. -BLKSTONE ALT MLT STR 1 | A | Dividend | J | T | Sold (part) | 08/10/16 | J | | |
| 107. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 108. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | J | T | | | | | |
| 109. FIDELITY ADVISOR BIOTECHNOLOGY FD CL (X) | | None | J | T | Buy | 05/13/16 | J | | |
| 110. FIDLEITY ADVISOR REAL ESTATE INCOME FUND CL (X) | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 111. KINDER MORGAN INC (X) | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 112. LOOMIS SAYLES STRATEGIC INCOME FD CL Y (X) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 113. AQR STYLER PREMIA ALTERNATIVE FUND CL I (X) | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 114. THORNBURG INVESTMENT INCOME BUILDER FUND CL I (X) | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 115. Individual Retirement Account (H) | | | | | | | | | |
| 116. ACE LIMITED | A | Dividend | J | T | | | | | |
| 117. - AUTOMATIC DATA PROC | A | Dividend | J | T | | | | | |
| 118. - AMERICAN WTR WKS CO INC NEW | A | Dividend | J | T | Sold (part) | 12/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | | None | | | Sold | 01/20/16 | J | | |
| 120. | | | | | Sold (part) | 01/07/16 | J | | |
| 121. - CITIGROUP INC COM NEW | A | Dividend | J | T | Buy (add'l) | 12/07/16 | J | | |
| 122. - CARDINAL HEALTH INC OHIO | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 123. - COMCAST CORP NEW CL A | A | Dividend | J | T | Buy (add'l) | 06/09/16 | J | | |
| 124. - COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | Sold (part) | 12/07/16 | J | A | |
| 125. - CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 126. - DOMINION RES INC NEW VA | A | Dividend | | | Sold | 03/21/16 | J | A | |
| 127. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |
| 128. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | K | T | Buy (add'l) | 08/10/16 | J | | |
| 129. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 130. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 131. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | | None | K | T | Buy (add'l) | 05/13/16 | J | | |
| 132. - FEDEXCORP DELAWARE COM | A | Dividend | J | T | | | | | |
| 133. - UAM FPA CRESCENT PORT | | None | | | Sold | 05/12/16 | J | | |
| 134. - GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | | None | J | T | Sold (part) | 01/07/16 | J | | |
| 135. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | A | Dividend | | | Sold | 01/21/16 | K | | |
| 137. - HOME DEPOT INC | A | Dividend | J | T | Buy | 06/09/16 | J | | |
| 138. - HESS CORP | | None | | | Sold | 02/16/16 | J | | |
| 139. - HONEYWELL INTL INC DEL | A | Dividend | J | T | | | | | |
| 140. - FIA CARD SVS NA RASP (Y) | | | | | | | | | |
| 141. - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |
| 142. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | K | T | Sold (part) | 08/10/16 | J | A | |
| 143. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 144. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Buy (add'l) | 05/28/16 | J | | |
| 145. - NIKE INC CL B | A | Dividend | J | T | Sold (part) | 06/09/16 | J | A | |
| 146. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 147. - ORACLE CORP $0.01 DEL | | None | | | Sold | 01/14/16 | K | | |
| 148. - PIMCO INCOME FUND CL P | A | Dividend | K | T | Buy (add'l) | 08/10/16 | J | | |
| 149. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 150. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 151. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 152. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. - SCHLUMBERGER LTD | A | Dividend | | | Sold | 07/27/16 | J | | |
| 154. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 155. - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | | | | | |
| 156. - VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 157. - VANGUARD VALUE ETF | B | Dividend | K | T | Buy (add'l) | 05/13/16 | J | | |
| 158. - VANGUARD GROWTH ETF | A | Dividend | K | T | Sold (part) | 05/12/16 | J | A | |
| 159. - VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |
| 160. - WELLS FARGO ABSOLUTE RETURN FD | | None | | | Sold | 01/20/16 | J | | |
| 161. | | | | | Sold (part) | 01/07/16 | J | | |
| 162. - WELLS FARGO & CO NEW DEL | A | Dividend | | | Sold | 08/24/16 | J | | |
| 163. -AMERICAN TOWER REIT INC | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 164. -DISNEY (WALT) CO | A | Dividend | J | T | Buy (add'l) | 06/09/16 | J | | |
| 165. -HENDERSON EUROPEAN FOCUS FUND | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 166. -FIRST TRUST HY ETF | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 167. -MONDELEZ INTL INC | A | Dividend | J | T | Sold (part) | 12/07/16 | J | A | |
| 168. -THE OAKMARK INTL SML CAP FD | | None | | | Sold | 05/12/16 | J | | |
| 169. -MARKET VECTORS OIL SERVICE ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |
| 171. -AQR MGD FUTURES STRAT 1 | | None | J | T | Sold (part) | 09/11/16 | J | | |
| 172. -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 173. -BLACKSTONE ALT MULTI STRATEGY FUND CLASS 1 | A | Dividend | J | T | Sold (part) | 08/10/16 | J | | |
| 174. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 175. -CITIZENS FINAL GROUP INC | A | Dividend | J | T | Buy (add'l) | 12/07/16 | J | | |
| 176. FORTIVE CORP | A | Dividend | J | T | | | | | |
| 177. -DEVON ENERGY CORP | A | Dividend | J | T | Buy (add'l) | 07/27/16 | J | | |
| 178. | | | | | Sold (part) | 02/16/16 | J | | |
| 179. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 180. -ECOLAB INC | A | Dividend | J | T | | | | | |
| 181. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 182. -KINDER MORGAN INC | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 183. -LOCKHEED MARTIN COPR | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 184. -MEDTRONIC PLC | A | Dividend | J | T | Sold (part) | 07/18/16 | J | A | |
| 185. JANUS FLEXIBLE BOND FD CL 1 (X) | A | Dividend | J | T | Buy (add'l) | 05/13/16 | J | | |
| 186. | | | | | Buy | 01/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. UNION PACIFIC CORP (X) | A | Dividend | J | T | Buy | 07/08/16 | J | | |
| 188. AQR STYLE PREMIA ALTERNATIVE FUND CL I (X) | A | Dividend | K | T | Buy | 01/07/16 | J | | |
| 189. LOOMIS SAYLES STRATEGIC INC FC CL Y (X) | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 190. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I (X) | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 191. NEXTERA ENERGY CORP (X) | A | Dividend | J | T | Sold (part) | 12/07/16 | J | A | |
| 192. | | | | | Buy | 03/03/16 | J | | |
| 193. MARATHON OIL CORP (X) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 194. MICROSOFT CORP (X) | A | Dividend | J | T | Buy (add'l) | 12/07/16 | J | | |
| 195. CISCO SYSTEMS INC (X) | A | Dividend | | | Sold | 12/07/16 | J | A | |
| 196. | | | | | Buy | 01/21/16 | J | | |
| 197. TEXAS INSTRUMENTS | | None | J | T | Buy | 12/07/16 | J | | |
| 198. AAPL INC (X) | A | Dividend | J | T | Buy | 01/14/16 | J | | |
| 199. TOTAL S.A. SP ADR (X) | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 200. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | J | T | Buy (add'l) | 12/07/16 | J | | |
| 201. | | | | | Spinoff (from line 116) | 01/15/16 | J | | |
| 202. DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | J | T | Buy (add'l) | 07/08/16 | J | | |
| 203. | | | | | Spinoff (from line 176) | 07/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. TRUST #1 (H) | | | | | | | | | |
| 205. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 206. - ACE LIMITED | A | Dividend | K | T | | | | | |
| 207. - AUTOMATIC DATA PROC | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 208. - AMERICAN WTR WKS CO INC NEW | A | Dividend | J | T | Sold (part) | 12/08/16 | J | A | |
| 209. | | | | | Sold (part) | 08/19/16 | J | A | |
| 210. | | | | | Sold (part) | 01/20/16 | J | A | |
| 211. - CITIGROUP INC COM NEW | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 212. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 213. - CARDINAL HEALTH INC OHIO | A | Dividend | | | Sold | 07/08/16 | K | C | |
| 214. - COMCAST CORP NEW CL A | A | Dividend | K | T | Buy (add'l) | 06/03/16 | J | | |
| 215. - COSTCO WHOLESALE CRP DEL | A | Dividend | K | T | Sold (part) | 12/08/16 | J | A | |
| 216. | | | | | Sold (part) | 08/19/16 | J | A | |
| 217. | | | | | Sold (part) | 01/19/16 | J | A | |
| 218. - CVS CAREMARK CORP | A | Dividend | K | T | Sold (part) | 12/08/16 | J | | |
| 219. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 220. - DOMINION RES INC NEW VA | | None | | | Sold | 02/19/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221.  - FEDEX CORP DELAWARE COM | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 222.  - HOME DEPOT INC | A | Dividend | K | T | Sold (part) | 09/15/16 | J | A | |
| 223. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 224.  - HESS CORP | | None | | | Sold | 02/12/16 | J | | |
| 225.  - HONEYWELL INTL INC DEL | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 226.  - NIKE INC CL B | A | Dividend | | | Sold | 06/03/16 | J | C | |
| 227.  - ORACLE CORP $0.01 DEL | A | Dividend | | | Sold | 01/14/16 | K | A | |
| 228.  - SCHLUMBERGER LTD | A | Dividend | | | Sold | 07/26/16 | K | | |
| 229.  - THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Sold (part) | 01/19/16 | J | A | |
| 230.  - VISA INC CL A SHRS | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 231. | | | | | Sold (part) | 01/19/16 | J | A | |
| 232.  -WELLS FARGO & CO NEW DEL | A | Dividend | | | Sold | 08/24/16 | J | B | |
| 233.  -AMERICAN TOWER REIT INC | A | Dividend | K | T | Buy (add'l) | 08/23/16 | J | | |
| 234. | | | | | Sold (part) | 08/19/16 | J | A | |
| 235.  -DISNEY (WALT) CO | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 236. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 237.  -MONDELEZ INTERNATIONAL INC | A | Dividend | K | T | Sold (part) | 12/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold (part) | 08/19/16 | J | A | |
| 239.  -VERIZON COMMUNICATIONS COM | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |
| 240.  -BLACKROACK INC | A | Dividend | K | T | Sold (part) | 08/19/16 | J | | |
| 241.  -CITIZENS FINL GROUP INC SHS | A | Dividend | K | T | Sold (part) | 08/19/16 | J | | |
| 242.  -DANAHER COPR DEL COM | A | Dividend | K | T | Buy (add'l) | 08/19/16 | J | | |
| 243. | | | | | Spinoff (from line 176) | 07/07/16 | | | |
| 244.  -DEVON ENERGY CORP | A | Dividend | K | T | Sold (part) | 10/18/16 | J | A | |
| 245. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 246. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 247. | | | | | Sold (part) | 02/12/16 | J | A | |
| 248.  -ECOLAB INC | A | Dividend | J | T | | | | | |
| 249.  -LOCKHEED MARTIN CORP | A | Dividend | K | T | Buy (add'l) | 02/12/16 | J | | |
| 250. | | | | | Sold (part) | 01/19/16 | J | A | |
| 251.  -MEDTRONIC PLC | A | Dividend | K | T | Sold (part) | 07/18/16 | J | A | |
| 252.  -MICROSOFT CORP | A | Dividend | K | T | Buy (add'l) | 12/06/16 | J | | |
| 253. | | | | | Sold (part) | 08/19/16 | J | A | |
| 254.  APPLE INC (X) | A | Dividend | K | T | Sold (part) | 08/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy | 01/15/16 | K | | |
| 256. CISCO SYSTEMS INC (X) | A | Dividend | K | T | Sold (part) | 12/06/16 | J | C | |
| 257. | | | | | Sold (part) | 08/19/16 | J | A | |
| 258. | | | | | Buy | 01/19/16 | J | | |
| 259. MARATHON OIL CORP (X) | A | Dividend | J | T | Buy (add'l) | 08/23/16 | J | | |
| 260. NEXTERA ENERGY CORP (X) | A | Dividend | J | T | Sold (part) | 12/06/16 | J | | |
| 261. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 262. | | | | | Buy | 02/22/16 | K | | |
| 263. TOTAL S.A. SP ADR VSP (X) | A | Dividend | K | T | Buy | 02/16/16 | K | | |
| 264. TEXAS INSTRUMENTS (X) | | None | K | T | Buy | 12/08/16 | K | | |
| 265. UNION PACIFIC | A | Dividend | K | T | Buy | 07/08/16 | K | | |
| 266. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 267. | | | | | Sold (part) | 08/19/16 | J | A | |
| 268. | | | | | Spinoff (from line 206) | 01/15/16 | J | | |
| 269. BROKERAGE ACCOUNTS 13920, 13578, 19020 (H) | | | | | | | | | |
| 270. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 271. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. - DAVIS NY VENTURE FD CL A | A | Dividend | J | T | | | | | |
| 273. - FIRST EAGLE GLOBAL CLASS C | A | Dividend | J | T | | | | | |
| 274. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD CL C | A | Dividend | J | T | Sold (part) | 11/28/16 | J | A | |
| 275. | | | | | Sold (part) | 10/03/16 | J | A | |
| 276. - THORNBURG INCOME BUILDER FUND CLASS C | A | Dividend | J | T | | | | | |
| 277. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 278. - BLACKROCK GLOBAL ALLOCATION FD INC C | A | Dividend | J | T | | | | | |
| 279. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 280. -CD CAPITAL ONE BANK | A | Interest | K | T | | | | | |
| 281. -CD GOLDMAN SACHS BK | A | Interest | K | T | | | | | |
| 282. -ANGEL OAK MULTI STRATEGY INC FD | B | Dividend | K | T | | | | | |
| 283. -BLKRK GLBL LNG/SHRT CREDIT FD | | None | | | Sold | 01/12/16 | K | | |
| 284. -FIDELITY ADVISOR BIOTECH FD | | None | K | T | | | | | |
| 285. -UAM FPA CRESCENT | A | Dividend | | | Sold | 08/10/16 | K | | |
| 286. -GENERAL ELEC CAP CORP BOND | B | Interest | K | T | | | | | |
| 287. -GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | B | Dividend | L | T | | | | | |
| 288. -HENDERSON EUROPEAN FOCUS FD | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. -POPLAR FOREST PARTNERS FD | B | Dividend | L | T | | | | | |
| 290. -LOOMIS SAYLES SR FLT RTE & FIXD INC FD | C | Dividend | L | T | | | | | |
| 291. -MATTHEWS ASIA DIVIDEND FUND | B | Dividend | K | T | | | | | |
| 292. -MARKET VECTORS OIL SVCS ETF | A | Dividend | J | T | | | | | |
| 293. -PIMCO INCOME FD | B | Dividend | K | T | | | | | |
| 294. -FIRST EAGLE GLOBAL | B | Dividend | K | T | | | | | |
| 295. -THORNBURG INVSTMT INCOME BUILDER FD | A | Dividend | K | T | | | | | |
| 296. -VANGUARD VALUE ETF | B | Dividend | M | T | Buy (add'l) | 08/10/16 | K | | |
| 297. -VANGUARD GROWTH ETF | B | Dividend | M | T | Sold (part) | 08/10/16 | K | D | |
| 298. -WALMART CORP BOND | B | Interest | K | T | | | | | |
| 299. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | | | | | |
| 300. -BLKRK STRINC OP PTF INST | A | Dividend | K | T | | | | | |
| 301. -BLKSTONE ALT MLT STR 1 | A | Dividend | L | T | Buy (add'l) | 01/12/16 | K | | |
| 302. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | A | Dividend | K | T | | | | | |
| 303. -AQR STYLE PREMIA ALTERNATIVE FUND CL 1 | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 304. AQR MANAGED FUTURES STRATEGY FUND CL 1 (X) | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 305. LOOMIS SAYLES STRATEGIC INC FD CL Y (X) | A | Dividend | K | T | Buy | 08/10/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. Account 21360 | | | | | | | | | |
| 307. BLACKSTONE STRATEGY PART SECONDARIES VII (X) TRUST | | None | J | T | Buy | 05/16/16 | J | | |
| 308. Investors Title common stock | A | Dividend | J | T | | | | | |
| 309. Wells Fargo Bank Deposit Sweep (H) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2015, we reported only a partial sale of ALPS American (AMLP) in February of 2015, but failed to report the sale of 59 remaining shares of the security on September 4, 2015, which was valued at approximately $840.75.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary G. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544